583 A.2d 349
RONALD AND LINDA URBAN AND RAYMOND
M. TOMASSO, JR. v. PLANNING BOARD OF THE BOROUGH OF
MANASQUAN, ETC.

March 30, 1990.

Petition for certification granted. (See 238 *N.J.Super.* 105, 569 *A.*2d 275)

583 A.2d 349
IN THE MATTER OF THE FEBRUARY 24, 1988 AND
SEPTEMBER 21, 1988 EMERGENCY REDIRECTION
OF SOLID WASTE FLOW.

BERGEN COUNTY UTILITIES AUTHORITY v. SAL-CAR
TRANSFER SYSTEMS, INC. AND SOUTH TRANS., INC. v. BERGEN
COUNTY BOARD OF CHOSEN FREEHOLDERS.

March 30, 1990.

Petition for certification denied.

583 A.2d 349
IN THE MATTER OF THE FEBRUARY 24, 1988 AND SEPTEMBER
21, 1988 EMERGENCY REDIRECTION OF SOLID WASTE
FLOW.

BERGEN COUNTY UTILITIES AUTHORITY AND
STATE OF NEW JERSEY BOARD OF PUBLIC UTILITIES, ET AL. v.
SAL-CAR TRANSFER SYSTEMS, INC., ET AL. v. BERGEN COUN-
TY BOARD OF CHOSEN FREEHOLDERS, ET AL.

March 30, 1990.

Cross-petition for certification denied.